# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00103-CR

**Belinda Orona, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE COUNTY COURT AT LAW NO. 1 OF CALDWELL COUNTY
## NO. 39195, HONORABLE EDWARD L. JARRETT, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Belinda Orona perfected an appeal from a conviction for resisting arrest. The clerk's fee has not been paid and the clerk's record has not been filed. *See* Tex. R. App. P. 35.3(a).

Because there was a question as to whether Orona is presently indigent, the Court abated the appeal for a hearing. *See* Tex. Code Crim. Proc. Ann. art. 26.04 (West Supp. 2010). Following the hearing, the trial court found that appellant is not indigent. The Court subsequently notified both appellant and her attorney of record that the appeal would be dismissed if the clerk's fee was not paid by July 5, 2011. The fee has not been paid.

The appeal is dismissed for want of prosecution.  *See* Tex. R. App. P. 37.3(b).

_____

Melissa Goodwin, Justice

Before Justices Puryear, Rose and Goodwin

Dismissed for Want of Prosecution

Filed:   July 29, 2011

Do Not Publish